**Opinion issued July 24, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00192-CV

————————————

**ROY W. CULLEN, Appellant**

**V.**

**LEGACY TRUST COMPANY, N.A., Appellee**

---

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Case No. 2025-11179**

---

## MEMORANDUM OPINION

On May 30, 2025, appellant Roy W. Cullen filed a document entitled "Notice of Non-Suit" in this appeal requesting that the Court "non-suit the appeal without prejudice." As stated in our Court's June 26, 2025 notice to appellant, the Texas Rules of Appellate Procedure authorize dismissals, not nonsuits. *See Int. of F.S.*, No.

14-20-00623-CV, 2021 WL 1257267, at *1 (Tex. App.—Houston [14th Dist.] Apr. 6, 2021, no pet.) Moreover, the rules do not describe dismissals as being with or without prejudice. *See* TEX. R. APP. P. 42. Accordingly, we construe appellant's "Notice of Non-Suit" as a motion for voluntary dismissal under Texas Rule of Appellate Procedure 42.1(a)(1). So construed, the motion is granted, and the appeal is dismissed.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.